JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | ) Case No. CV 12-6652-JAK (DTB) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| GINTER AND OTHERS, | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 27, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1