JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>        Plaintiff,<br>vs.<br>GINTER AND OTHERS,<br><br>        Defendants. | Case No. CV 12-6652-JAK (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 27, 2012

                                    JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE